Julia Aparicio-Mercado, Bar No. 242652
**APARICIO-MERCADO LAW, L.C.**
201 N. Brand Blvd., Ste. 200
Glendale, CA 91203
Tel: (818) 260-9904
Fax: (818) 450-0964
juliaamercadoesq@gmail.com

Attorney for Plaintiff
ANTHONY C. DAVIS

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY C. DAVIS, an individual, <br><br> Plaintiff, <br><br> v. <br><br> VALMONT INDUSTRIES, INC., a Delaware Corporation; and DOES 1 THROUGH 50, Inclusive, <br><br> Defendants. | Case No.: 5:25-cv-00228-JGB-(SPx) <br> Assigned to: Hon. Jesus G. Bernal <br> Courtroom: 1 <br><br> **NOTICE OF MOTION AND MOTION OF PLAINTIFF'S COUNSEL TO WITHDRAW AS COUNSEL OF RECORD; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF; FILED CONCURRENTLY WITH THE DECLARATION OF JULIA APARICIO-MERCADO AND [PROPOSED] ORDER IN SUPPORT THEREOF** <br><br> **Hearing Information:** <br> Date: Monday, June 8, 2026 <br> Time: 9:00 a.m. <br> Place: Courtroom 1, 2nd Floor <br>       3470 Twelfth Street, 2nd Floor <br>       Riverside, California 92501 <br> Date Complaint Filed: January 27, 2025 <br> FSC Date: Oct. 5, 2026, 11:00 a.m. <br> Trial Date: Oct. 20, 2026, 9:00 a.m. |

– 1 –
MOTION OF PLAINTIFF'S COUNSEL TO WITHDRAW AS COUNSEL OF RECORD

**TO PLAINTIFF ANTHONY C. DAVIS, ALL PARTIES AND THEIR COUNSEL OF RECORD HEREIN:**

PLEASE TAKE NOTICE that Aparicio-Mercado Law, L.C., present counsel to Plaintiff Anthony C. Davis ("Plaintiff"), hereby moves to be relieved as counsel to Plaintiff. Aparicio-Mercado Law, L.C. and its counsel (Julia Aparicio-Mercado, Esq.) request to be relieved as counsel because there has been an irremediable break down in the relationship between Plaintiff and Aparicio-Mercado Law, L.C. thus rendering it unreasonably difficult for the lawyer to carry out the representation effectively and presenting good cause for the withdrawal of counsel. This Motion is made pursuant to Local Rules 7-3, 83-2.3.2, and is based on this Notice of Motion and Motion, the attached memorandum of points and authorities, the attached declaration of Julia Aparicio-Mercado, the pleadings, files and records of this action, and all matters of which the Court may take judicial notice in this action; and such further evidence as the Court may consider at or before the hearing on this motion.

DATED: May 7, 2026                  APARICIO-MERCADO LAW, L.C.

By:_____
JULIA APARICIO-MERCADO, ESQ.,
Attorney for Plaintiff ANTHONY C.
DAVIS

///

///

///

MOTION OF PLAINTIFF'S COUNSEL TO WITHDRAW AS COUNSEL OF RECORD

## MEMORANDUM OF POINTS AND AUTHORITIES

### I.  INTRODUCTION

Attorney Julia Aparicio-Mercado ("Mercado") and Aparicio-Mercado Law, L.C. submit that they have effectively represented Plaintiff Anthony C. Davis in this matter.  Counsel has propounded and responded to written discovery, taken at least five depositions thus far, defended Plaintiff's deposition, provided Plaintiff with legal advice and assistance in her best judgment, and has and will be providing assistance to Plaintiff up until the date relieved by the Court or as otherwise ordered.

However, the most recent discourse between Plaintiff and his counsel has struck the core of Plaintiff's counsel's ability to carry out the representation effectively.  If an attorney cannot control their very own actions, they cannot represent effectively.

Plaintiff's counsel met and conferred with Defense counsel regarding this Motion at least seven days prior to its filing in accordance with Local Rule 7-3. In addition, Plaintiff's counsel informed Plaintiff of her intent to withdraw as counsel more than seven days prior to the filing of this Motion.

### II. BACKGROUND

The conduct of Plaintiff has rendered it unreasonably difficult for Julia Aparicio-Mercado to carry out the conduct required in order to prosecute this case. Declaration of Julia Aparicio-Mercado ("Mercado Decl."), ¶16 An attorney must be given the power, tools and means to effectively litigate a case on behalf of their client. However, where a party and their attorney cannot agree on these factors, it is unreasonably difficult for an attorney to effectively represent their client.  This case is no different. Nevertheless, Plaintiff's attorney also simultaneously has a

– 3 –
MOTION OF PLAINTIFF'S COUNSEL TO WITHDRAW AS COUNSEL OF RECORD

duty of confidentiality and therefore cannot discuss the details of this irremediable breakdown.

Because disclosing additional facts upon which this Motion is based may involve revealing client confidences, the undersigned attorney represents and certifies to the Court that good cause for withdrawal exist as described generally above.  If the Court insists upon a further factual showing as a condition of granting this Motion, counsel will supply the Court with additional affidavits under seal and shown only to the Court and Plaintiff. Alternatively, Plaintiff's attorney is willing to testify in chambers in an in camera proceeding attended only by the Court, Plaintiff, the moving counsel from Aparicio-Mercado Law, L.C., and a Court reporter (with the transcript to be sealed), or whatever method that is acceptable to the Court that will not breach client confidences.

### III. DISCUSSION

### A. Good Cause for Withdrawal Exists.

Pursuant to the local rules regarding a Motion for Withdrawal, "[a]n attorney may not withdraw as counsel except by leave of court. A motion for leave to withdraw must be made upon written notice given reasonably in advance to the client and to all other parties who have appeared in the action. The motion for leave to withdraw must be supported by good cause. Failure of the client to pay agreed compensation is not necessarily sufficient to establish good cause." (L.R. 83-2.3.2)

Similarly, California Rules of Professional Conduct, Rule 1.16(b) states that a lawyer may withdraw from representing a client where: " (4) the client by other conduct renders it unreasonably difficult for the lawyer to carry out the representation effectively"; "(10) the lawyer believes in good faith, in a proceeding

MOTION OF PLAINTIFF'S COUNSEL TO WITHDRAW AS COUNSEL OF RECORD

pending before a tribunal, that the tribunal will find the existence of other good cause for withdrawal."

The conduct of Plaintiff has made it unreasonably difficult for Aparicio-Mercado Law, L.C. to represent Plaintiff effectively.  There has been a breakdown in the client-attorney relationship such that there is a lack of the trust necessary for the effective representation of the client's interests.  Given these irreconcilable differences, withdrawal from representation is the most appropriate course of conduct for all parties.

Without divulging any privileged information, counsel can only say that the attorney-client relationship in this case has broken down to the extent that representation is no longer possible. Therefore, Plaintiff's attorney has presented good cause to withdraw from representation. If the Court insists upon a further factual showing as a condition of granting this Motion, counsel will supply the Court with additional affidavits under seal or will testify in chambers as described hereinabove.

### B.    Counsel Has Taken The Best Practicable Steps To Inform Plaintiff Of His Rights From This Point, And To Provide Him With Notice Of This Motion.

Aparicio-Mercado Law, L.C. is fully prepared to comply with Plaintiff's instructions regarding the transfer of his case file, cooperation with new counsel (if Plaintiff wishes to obtain same) and cooperation with Plaintiff.  Plaintiff has been made aware that counsel will do so.

Plaintiff was provided with the best notice practicable of the current Motion, the specific relief requested and the grounds for this request. Attorney Mercado informed Plaintiff with a reasonable amount of notice, before filing this Motion, that she intended to move to withdraw as counsel.   Mercado Decl. ¶24-26 Thus,

MOTION OF PLAINTIFF'S COUNSEL TO WITHDRAW AS COUNSEL OF RECORD

Plaintiff's counsel provided written notice given reasonably in advance to Plaintiff and to all other parties who have appeared in the action. Counsel also ensured that Plaintiff was served with this Motion and the documents accompanying it by service by both e-mail and overnight U.S. Mail.  Mercado Decl. ¶27

### C.    Counsel for Plaintiff has complied with L.R. 7-3

Plaintiff's counsel sent a written e-mail notice to Defendant's Counsel Timothy Pico on April 27, 2026 that Plaintiff's counsel would be withdrawing from representation of Plaintiff on this case and requested an L.R. 7-3 meeting. Attorney Pico cooperated and met and conferred with Plaintiff's counsel via telephone at around 12:45 p.m. on April 28, 2026. Defendant's counsel was given ample notice of the present request to withdraw as counsel. Thus, Plaintiff's counsel satisfied L.R. 7-3, and Defendant will not be prejudiced by this Motion.

## IV.    CONCLUSION

For the foregoing reasons, Aparicio-Mercado Law, L.C. respectfully requests that this Court enter an order permitting it and its counsel, Julia Aparicio-Mercado, Esq., to withdraw as counsel of record for Plaintiff in this matter.

DATED: May 7, 2026                    APARICIO-MERCADO LAW, L.C.


By:_____
          JULIA APARICIO-MERCADO, ESQ.,
          Attorney for Plaintiff ANTHONY C.
          DAVIS

MOTION OF PLAINTIFF'S COUNSEL TO WITHDRAW AS COUNSEL OF RECORD

# EXHIBIT 1

5/7/26, 4:22 PM Case 5:25-cv-00228-JGB-SP Document 28 Filed 05/07/26 Page 8 of 9 Page ID
Gmail Davis v Valmont Motion to withdraw
#:171

 Gmail

Julia Mercado <juliaamercado.esq@gmail.com>

## Davis v Valmont Motion to withdraw

5 messages

---

**Julia Mercado** <juliaamercado.esq@gmail.com>                    Mon, Apr 27, 2026 at 4:05 PM
To: "Pico, Timothy A. (Los Angeles)" <Timothy.Pico@jacksonlewis.com>, "Partida, Carol (LA)"
<Carol.Partida@jacksonlewis.com>, "Nenni, Scott M. (LA)" <Scott.Nenni@jacksonlewis.com>, "Pinot, Jay (LA)"
<Jay.Pinot@jacksonlewis.com>

Dear Tim,

Please let me know when we can have a L.R.7-3 conference call within the next two days. I have to move to withdraw as
counsel on this case.  I do not see an exemption for motions to withdraw under 7-3.

I have today at 5pm or tomorrow at 12:45pm.

Sincerely,
Julia

--
--
Aparicio-Mercado Law, L.C.
201 N. Brand Blvd., Suite 200
Glendale, CA 91203

Tel: (818) 260-9904
Fax: (818) 450-0964


Confidentiality Notice: This electronic mail transmission is privileged and confidential and is intended only for the review of
the party to whom it is addressed. If you have received this transmission in error, please immediately return it to the
sender. Unintended transmission shall not constitute waiver of the attorney-client or any other privilege.

---

**Pico, Timothy A. (Los Angeles)** <Timothy.Pico@jacksonlewis.com>                    Mon, Apr 27, 2026 at 4:13 PM
To: Julia Mercado <juliaamercado.esq@gmail.com>, "Partida, Carol (LA)" <Carol.Partida@jacksonlewis.com>, "Nenni, Scott
M. (LA)" <Scott.Nenni@jacksonlewis.com>, "Pinot, Jay (LA)" <Jay.Pinot@jacksonlewis.com>


Julia, I will be available tomorrow at 12:45 pm.



Thanks.


 **Timothy A. Pico**
Attorney at Law

**Jackson Lewis P.C.**
725 South Figueroa Street
Suite 2800
Los Angeles, CA 90017
Direct: (213) 630-8243 | Main: (213) 689-0404
Timothy.Pico@jacksonlewis.com | www.jacksonlewis.com

[Quoted text hidden]

---

**Julia Mercado** <juliaamercado.esq@gmail.com>                                Mon, Apr 27, 2026 at 4:35 PM
To: "Pico, Timothy A. (Los Angeles)" <Timothy.Pico@jacksonlewis.com>
Cc: "Partida, Carol (LA)" <Carol.Partida@jacksonlewis.com>, "Nenni, Scott M. (LA)" <Scott.Nenni@jacksonlewis.com>,
"Pinot, Jay (LA)" <Jay.Pinot@jacksonlewis.com>

Ok . Thank you. What is the best number to reach you?

--
Aparicio-Mercado Law, L.C.
201 N. Brand Blvd., Suite 200
Glendale, CA 91203

Tel: (818) 260-9904
Fax: (818) 450-0964

Confidentiality Notice: This electronic mail transmission is privileged and confidential and is intended only for the review of
the party to whom it is addressed. If you have received this transmission in error, please immediately return it to the
sender. Unintended transmission shall not constitute waiver of the attorney-client or any other privilege.
[Quoted text hidden]

---

 **image755343.png**
2K

---

**Pico, Timothy A. (Los Angeles)** <Timothy.Pico@jacksonlewis.com>          Mon, Apr 27, 2026 at 9:09 PM
To: Julia Mercado <juliaamercado.esq@gmail.com>
Cc: "Partida, Carol (LA)" <Carol.Partida@jacksonlewis.com>, "Nenni, Scott M. (LA)" <Scott.Nenni@jacksonlewis.com>,
"Pinot, Jay (LA)" <Jay.Pinot@jacksonlewis.com>

Julia, you can reach me at my direct dial at:  (213) 630-8243.


Thanks

[Quoted text hidden]

---

**Julia Mercado** <juliaamercado.esq@gmail.com>                                Mon, Apr 27, 2026 at 9:12 PM
To: "Pico, Timothy A. (Los Angeles)" <Timothy.Pico@jacksonlewis.com>
Cc: "Partida, Carol (LA)" <Carol.Partida@jacksonlewis.com>, "Nenni, Scott M. (LA)" <Scott.Nenni@jacksonlewis.com>,
"Pinot, Jay (LA)" <Jay.Pinot@jacksonlewis.com>

Thank you .
[Quoted text hidden]