JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

Anthony C. Davis,

Plaintiff,

v.

Valmont Industries, Inc.,

Defendant.

Case No. EDCV 25-228 JGB (SPx)

**JUDGMENT**

Pursuant to the Court's Order granting Defendant's Motion for Summary Judgment, **IT IS HEREBY ORDERED** that judgment is **ENTERED** in favor of Defendant against Plaintiff. (JS-6)

**IT IS SO ORDERED.**

Dated: August 4, 2026

THE HONORABLE JESUS G. BERNAL
United States District Judge